09-30-20                    Sean Price 27094-087
                            FCI Hazelton - Medium
                            P.O. Box 5000
                            Bruceton Mills, WV 26525

                                            (BIVENS)
United States District Court    3:20-cv-195
1125 Chapline St                Groh, Trumble, Sims
Wheeling, WV 26003              FILED
                                OCT - 6 2020
            (Motion) To Compel  U.S. DISTRICT COURT-WVND
                                WHEELING, WV 26003
        RE: Violation Of Inmates' Civil
        Rights By Correctional Officer
        M. Martin At FCI Hazelton

I, Sean Price, a prisoner within the Federal Bureau of Prisons and currently being housed in the Special Housing Unit (SHU) at FCI Hazelton, now come before this court begging relief in relation to a very serious and dangerous situation at this facility which is well-known yet unchecked and even promoted, allowed, and promoted by the staff and administration, all the way up to Warden Adams himself.

During my time at this facility (12-02-19 to current) I have been a victim of the following at the hands of Officer M. Martin:

1. Physical Assault (reported to medical, Social Worker K. Rice, The Mid-Atlantic Regional Office, Office of the Inspector General, Hazelton SIA, Warden Adams, WV Legal Aid)

2. Threats of Violence At the Hands of Other Inmates (he said he would make sure to put me in a cell with someone to "fuck my faggot ass up.")

3. Threats Of Sexual Assault By Other Inmates (he threatened to have me raped because "nobody

believes a peer who acts a cape. You guys are all into that shit. You can't rape a faggot."

4. Threats Of Death
   (he asked me, "You ever hear of Epstein?" I said, "Yeah." He replied, "You're Next.")

5. Malicious Disposal of Property Including Necessary Prescription Medication
   (video footage from 07-05-20 in the SHU on range 2 at approx 4-4:30 pm will show officer Martin entering my cell and destroying all my property/medications then "flooding" my cell with the toilet)

6. Being Ordered To Remove Clothing And Perform Lewd Acts Not In Accordance To "Strip Search Procedure Policies

7. Telling My Cellmates To Ask About My Tattoo I Have On My Back
   (the tattoo on my back was done as a tribute to a same sex partner of mine. Officer Martin found out about this by going into parts of my file he had no need to view in order to do his job. His intent was to gain information to use as ammunition to cause strife between my cellmates and myself.)

8. Tampering With My Food During Meal Serving
   (on multiple occasions, if Officer Martin is the one handling the food trays, my tray will be missing food, or there will be saliva in it or other obvious tampering. When I return the tray full and uneaten he will comment, "Oh, still dieting, huh?")

9. Refusing To Feed Me
   (on a few occasions Officer Martin has simply bypassed my cell completely and I have not gotten a meal at all)

10. Using The Fact That I Am A Sex Offender In An Attempt To Have Me Harmed
(Any time I am being placed into a cell with a new cellmate or in an area where other inmates are around, Officer Martin will go out of his way to tell the cellmate or the other inmates that I am a "baby raper who fucks little boys." This is an OBVIOUS mistruth as my case file CLEARLY shows, but in a prison environment that statement is enough to get me killed.)

11. Being Verbally Attacked and Abused With The Use of Blatant Homophobic Slurs
(I am constantly the target for such slurs as "faggot", "homo", "cocksucker", "fudge packer", "queer", "cum jockey" and many many more. This, to an openly homosexual individual, is no different than if a Correctional Officer were to call an African American or other minority by some racial slur. It is an attack that is a clear and blatant act of misconduct due to discrimination.)

Note: I have witnessed and heard first hand, Officer Martin inflicting these atrocities upon other inmates as well.

I, Sean Price, have reported each incident in detail over the course of the last nine-months to the following:
FCI Hazelton Medical Department (J. Rash, CRNP)
FCI Hazelton Psychology Department (Dr. Bowles)
FCI Hazelton Social Worker (K. Rice)
FCI Hazelton SIA
FCI Hazelton DHO (Officer Huff)
FBOP Mid-Atlantic Regional Office

The Office of The Inspector General
FCI Hazelton Warden Adams
WV Legal Aid

The only replies I received were from the West Virginia Legal Aid Office who directed me to an attorney and from Warden Adams who threatened to "make my time here at Hazelton hell" if I "don't stop fucking with the way his facility is run."

I have attempted to file Administrative Remedies, but all my attempts have been thwarted by direct staff interference in their effort(s) to shield Officer Martin from facing consequences for his actions and to attempt to keep these occurrences hidden from the public.

Therefore I, Sean Price, am now begging the courts to step in and compel the proper authorities at FCI Hazelton as well as the Mid-Atlantic Regional Office itself to investigate Officer M. Martin for continuingly and knowingly engaging in acts which violate the civil rights of not only myself but other prisoners as well.
I do this in an effort to hopefully help prevent myself or other inmates from being put in grave danger, harmed, or possibly killed by this officer or his actions.

I am also asking this court to initiate an investigation against the staff of FCI Hazelton for deliberate indifference by maliciously and knowingly allowing these types of atrocities to occur on a regular

basis of obvious racism. M.A. Dean is of many other staff members as well.

No: A copy of the second (2 page) report I sent to my legal aid on date [illegible]-20 is available on request.

The report was also sent to the Mid-Atlantic Regional Office, the Office of the Inspector General, and to Just Detention International. This report covers abuses that occurred between 12-00-19 and 02-03-20. For a new report of abuses, DHO Officer Huff at FCI Hazelton can be contacted as can the SIA officer, also at FCI Hazelton. Documentation of DHO Officer Huff receiving the report on 08-26-20 and forwarding it to the "appropriate [illegible] officials" is available upon demand as well for verification.

Respectfully,

[signature]